THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MICHAEL T. KEATING (State Bar No: 266562)
E-mail: tracey@disabilitylawfirm.com
        Attorneys for Plaintiff
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANNABELLE J. YANG, CSBN 276380
Special Assistant United States Attorney
        Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA  94105
        Telephone:  (510) 970-4867
        Facsimile: (415) 744-0134
        Email:  Annabelle.yang@ssa.gov
        Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENRAL DISTRICT OF CALIFORNIA
SOUTHERN DVISION

| | |
|---|---|
| REBECCA LYNN BARRY, | ) Case No. CV 20-01315-JEM |
| Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| v. | ) **ATTORNEY FEES PURSUANT TO** |
| KILOLO KIJAKAZI[1], | ) **28 U.S.C. § 2412(d)** |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND SIX HUNDRED DOLLARS [$3,600.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated:  8/16/21

HON.  JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE

1